UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| DILIGENCE MARITIME, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV415-225 |
| | ) | |
| AGRIBUSINESS UNITED SAVANNAH LOGISTICS, LLC et al., | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

The Court having reviewed and considered the petition of Ryan Gilsenan of the law firm of Womble, Carlyle, Sandridge & Rice, LLP, 5 Exchange Street, Charleston, South Carolina 29401, for permission to appear pro hac vice on behalf of plaintiff Diligence Maritime, LTD, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Ryan Gilsenan, as counsel of record for plaintiff Diligence Maritime, LTD, in this case.

**SO ORDERED** this __19th__ day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA