UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION
IN ADMIRALTY

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

AUG 31 2015

*B. Ward*
CLERK
SO. DIST. OF GA

| | |
|---|---|
| DILIGENCE MARITIME, LTD., ) | |
| ) | |
| Plaintiff, ) | Case No. 4:15-cv-00225-LGW-GRS |
| ) | |
| vs. ) | |
| ) | |
| AGRIBUSINESS UNITED SAVANNAH ) | |
| LOGISTICTS, LLC; ) | ORDER |
| AGRIBUSINESS MULTI-MODAL ) | APPOINTING A |
| COMMODITIES, INC.; ) | SPECIAL PROCESS SERVER |
| AGRIBUSINESS UNITED NORTH ) | |
| AMERICA, INC.; ) | |
| AGRIBUSINESS UNITED DMCC; and ) | |
| AGRIBUSINESS UNITED AFRIQUE S.A.R.L ) | |
| AU. ) | |
| Defendants. ) | |

An application having been made by Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

NOW, on reading and filing the declaration of Ryan Gilsenan, Esq., sworn to the 18th Day of August 2015, and good cause having been shown, it is hereby

**ORDERED**, that any associate, agent or paralegal of WOMBLE CARLYLE SANDRIDGE & RICE, LLP, who is over the age of 18 and is not a party to this action, be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment and Verified Complaint upon garnishee(s) listed in the Order, together with any other garnishee(s) who, based upon information developed subsequent hereto by the Plaintiff, may hold assets for or on account of the Defendants AGRIBUSINESS UNITED DMCC and AGRIBUSINESS UNITED AFRIQUE S.A.R.L AU; and,

**IT IS FURTHER ORDERED,** that in order to avoid the need to repetitively serve the garnishee(s), including the banking institutions, continuously throughout the day, any copy of the Process of Maritime Attachment and Garnishment that is served on any of the garnishees herein is deemed effective and continuous throughout any given day.

Dated: Savannah, Georgia

August 31, 2015                                         SO ORDERED:

                                                        ~~U.S.D.J.~~ U.S. Magistrate Judge