UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION
IN ADMIRALTY

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

AUG 31 2015

CLERK _____
SO. DIST. OF GA

| | |
|---|---|
| DILIGENCE MARITIME, LTD., ) | |
| ) | |
| Plaintiff, ) | Case No. 4:15-cv-00225-LGW-GRS |
| ) | |
| vs. ) | |
| ) | ORDER |
| AGRIBUSINESS UNITED SAVANNAH ) | FOR ISSUANCE OF PROCESS OF |
| LOGISTICTS, LLC; ) | MARITIME ATTACHMENT |
| AGRIBUSINESS MULTI-MODAL ) | |
| COMMODITIES, INC.; ) | |
| AGRIBUSINESS UNITED NORTH ) | |
| AMERICA, INC.; ) | |
| AGRIBUSINESS UNITED DMCC; and ) | |
| AGRIBUSINESS UNITED AFRIQUE S.A.R.L ) | |
| AU. ) | |
| Defendants. ) | |

**NOW,** upon reading the Verified Complaint for issuance of Process of Maritime Attachment and Garnishment, and the Declaration of Vonnetta Benjamin, Esq., and the Court finding that the conditions for an action under Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure appear to exist, it is this ___ day of August 2015, by the United States District Court for the Southern District of Georgia,

**ORDERED** that, pursuant to Supplemental Rule B(1) and Local Admiralty Rule 7(e), the Clerk of the Court is directed to issue the summons and Process of Maritime Attachment and Garnishment as prayed for in the Verified Complaint in the above-styled action; and it is further

**ORDERED** that the Clerk shall issue process of attachment against all assets, accounts, freights, sub-freights, hire payments, monies, charter hire, credits, effects, CHIPS credits, payments for bunkers, goods or services, bills of lading, cargo, debts and the like belonging to or

claimed by Defendants AGRIBUSINESS UNITED DMCC; and AGRIBUSINESS UNITED AFRIQUE S.A.R.L AU, which are in the possession or control of specific garnishees, including AGRIBUSINESS UNITED SAVANNAH LOGISTICTS, LLC and/or AGRIBUSINESS MULTI-MODAL COMMODITIES, INC. and/or AGRIBUSINESS UNITED NORTH AMERICA, INC. and/or related and affiliated companies and/or garnishee banks, including but not limited to, ABN AMRO BANK, Bank of America, Bank of New York, Barclay's Bank, BNP Paribas SA, Citibank N/A, Credit Suisse Securities (USA) LLC, Deutsche Bank, JPMorgan Chase Bank, UBS AG, Wells Fargo Bank, CHIPS and/or any other garnishee within this district, to the amount sued for, **$368,419, increasing by the amount of $10,000 per day from August 17, 2015**, inclusive of interest and costs, it is further

**ORDERED** that any person claiming an interest in the property attached or garnished pursuant to said Order shall, upon application to the Court, be entitled to a prompt hearing at which the plaintiff shall be required to show why the attachment and garnishment should not be vacated or other relief granted, and it is further

**ORDERED** that a copy of this Order be attached to and served with the said Process of Maritime Attachment and Garnishment, and it is further

**ORDERED** that, pursuant to Rule 4(c)(1), the Process of Maritime Attachment and Garnishment and Verified Complaint may be served by any associate, agent or paralegal of Womble Carlyle Sandridge & Rice, LLP, who is not less than 18 years old, and who is not a party to this action, in addition to the United States Marshall, upon garnishee(s) listed in the Verified Complaint, together with any other garnishee(s) who, based upon information developed subsequent hereto by the Plaintiff, may hold assets for or on account of Defendants

AGRIBUSINESS UNITED DMCC; and AGRIBUSINESS UNITED AFRIQUE S.A.R.L AU, and it is further

ORDERED that service on any garnishee(s) (*i.e.* any original garnishee or any garnishee hereafter) is deemed to be effective and continuous service throughout the remainder of the day upon which such service is made commencing from the time of such service through the opening of the garnishee's business the next business day, and it is further

ORDERED that following initial service upon any garnishee by the United States Marshal or any other designated by Order to make service in this action, supplemental service of the Process of Maritime Attachment and Garnishment shall thereafter be made by way of facsimile transmission or other verifiable electronic means, including e-mail, to each garnishee so personally served, and it is further

ORDERED that any garnishee whom is served with the Process of Maritime Attachment and Garnishment shall not disclose the existence of this matter to the Defendants AGRIBUSINESS UNITED DMCC; and AGRIBUSINESS UNITED AFRIQUE S.A.R.L AU or any third-party, and it is further

ORDERED that supplemental process enforcing this Order may be issued by the Clerk and served without further Order of the Court.

Dated: Savannah, Georgia
       August 31, 2015

SO ORDERED:

_____
Smith