UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DILIGENCE MARITIME, LTD, | ) |
| Plaintiff, | ) ) |
| v. | ) Case No. CV415-225 |
| AGRIBUSINESS UNITED SAVANNAH LOGISTICS, LLC et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

The Court having reviewed and considered the petitions of David S. Bland, Matthew C. Guy, and Laura L. Gongaware of the law firm of Bland & Partners P.L.L.C., 909 Poydras Street, Suite 1860, New Orleans, Louisiana 70112, for permission to appear pro hac vice on behalf of defendants Agribusiness United Savannah Logistics, LLC et al., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter David S. Bland, Matthew C. Guy, and Laura L. Gongaware as counsel of record for defendants Agribusiness United Savannah Logistics, LLC et al., in this case.

**SO ORDERED** this __28th__ day of September, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA