UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION
IN ADMIRALTY

| | |
|---|---|
| DILIGENCE MARITIME, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> AGRIBUSINESS UNITED SAVANNAH LOGISTICS, LLC; AGRIBUSINESS UNITED MULTI COMMODITIES, INC.; AGRIBUSINESS UNITED NORTH AMERICA CORPORATION; AGRIBUSINESS UNITED DMCC; and AGRIBUSINESS UNITED AFRIQUE S.A.R.L AU. <br> Defendants. | Case No. 4:15-cv-00225-LGW-GRS <br><br><br> **ORDER GRANTING CONSENT MOTION TO STAY PROCEEDINGS PENDING ARBITRATION IN LONDON** |

**NOW**, upon reading the Consent Motion to Stay Proceedings Pending Arbitration in London (Docket Entry No. 23), and the Court finding that grounds for such a stay appear to exist, it is this 5th Day of November 2015, by the United States District Court for the Southern District of Georgia,

**ORDERED** that, pursuant to section three of the Federal Arbitration Act, 9 U.S.C. § 3[1], this action is hereby stayed pending resolution of the arbitration of the underlying claims, as now commencing in London between Plaintiff Diligence Maritime, Ltd. and Defendants Agribusiness United Savannah Logistics, LLC and Agribusiness United DMCC; and it is further

---

[1] "If any suit or proceeding be brought in any of the courts of the United States upon any issue referable to arbitration under an agreement in writing for such arbitration, the court in which such suit is pending, upon being satisfied that the issue involved in such suit or proceeding is referable to arbitration under such an agreement, shall on application of one of the parties stay the trial of the action until such arbitration has been had in accordance with the terms of the agreement, providing the applicant for the stay is not in default in proceeding with such arbitration."

**ORDERED** that this Court shall retain subject matter jurisdiction and personal jurisdiction over the Plaintiff and all of the Defendants for the purpose of enforcing any arbitral award that may issue from the tribunal in London in due course; and it is further

**ORDERED** that the Defendants retain a full reservation of defenses as to jurisdiction and service, as a condition of their consent to this Order.

**ORDERED** that the Clerk shall **ADMINISTRATIVELY CLOSE** this case without prejudice to the right of any party with standing to reopen it. *See, e.g., In re Heritage Southwest Medical Group PA*, 464 F. App'x 285, 287 (5th Cir. 2012) ("administrative closure does not have any effect on the rights of the parties and is simply a docket-management device.").

Dated: Savannah, Georgia
November 5, 2015

SO ORDERED:

_____
G.R. Smith, Magistrate Judge
United States District Court